Mind & Body Acupuncture, P.C. v State Farm Mut. Auto. Ins. Co. (2022 NY Slip Op
50603(U))

[*1]

Mind & Body Acupuncture, P.C. v State Farm Mut. Auto. Ins.
Co.

2022 NY Slip Op 50603(U) [75 Misc 3d 141(A)]

Decided on June 17, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 17, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY
TOUSSAINT, JJ

2019-1418 K C

Mind & Body Acupuncture, P.C., as
Assignee of Wilson, Bernadette, Respondent, 
against
State Farm Mutual Automobile Ins. Co., Appellant.

James F. Butler & Associates (Mohammad Rubbani of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Odessa
Kennedy, J.), dated April 4, 2019. The order, insofar as appealed from, upon reargument, adhered
to that court's prior determination in so much of an order entered March 19, 2019 as denied
defendant's motion for summary judgment dismissing the complaint.

ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and, upon
reargument, defendant's motion for summary judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals from so much of an order of the Civil Court as, upon reargument, adhered to that court's
prior determination in so much of an order entered March 19, 2019 as denied defendant's motion
for summary judgment dismissing the complaint.
In support of its motion, defendant made a prima facie showing of its entitlement to
summary judgment dismissing the complaint by demonstrating that it had fully paid plaintiff for
the acupuncture services at issue in accordance with the workers' compensation fee schedule for
acupuncture services performed by chiropractors (see S.O.V. Acupuncture, P.C. v Global Liberty Ins. Co. of NY, 68 Misc
3d 132[A], 2020 NY Slip Op 51004[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists
2020]) and that the subject claims sought the difference between the amount plaintiff charged for
the services rendered and the payments made. In opposition, plaintiff failed to demonstrate the
existence of a triable issue of fact (see
Master Cheng Acupuncture, P.C. v Global Liberty Ins. of NY, 69 Misc 3d 143[A], 2020
NY Slip Op 51371[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2020]; S.O.V.
Acupuncture, P.C. v Global Liberty Ins. Co. of NY, 2020 NY Slip Op 51004[U]; cf. Global Liberty Ins. Co. of NY v
Acupuncture Now, P.C., 178 AD3d 512 [2019]). 
Accordingly, the order, insofar as appealed from, is reversed and, upon reargument, [*2]defendant's motion for summary judgment dismissing the complaint
is granted.
ALIOTTA, P.J., WESTON and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 17, 2022